IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| Plaintiff(s)<br>v.<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.<br>)<br>)<br>)<br>)<br>) |

## REPORT OF NEUTRAL

A _____ session was held in the above captioned matter on _____.

The case (please check one):
    _____ has resolved
    _____ has resolved in part (see below)
    _____ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____
_____
_____

Dated: _____      _____*Carole Katz*_____
                                          Signature of Neutral

Rev. 09/11